

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00024-CV

**IN THE INTEREST OF P.Y.M.**, A Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00373
Honorable Cathleen M. Stryker,[1] Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

We GRANT Viola C.'s attorney's motion to withdraw.

No costs will be assessed against the appellants because they are INDIGENT.

SIGNED August 7, 2013.

_____
Luz Elena D. Chapa, Justice

---

[1]This case was assigned to the 224th Judicial District Court of Bexar County, Texas, in which the Honorable Cathleen M. Stryker is the presiding judge. However, the case was tried by and the final order was signed by the Honorable Charles E. Montemayor, Associate Judge, appointed pursuant to section 201.201 of the Texas Family Code. *See* TEX. FAM. CODE ANN. § 201.201, *et seq.* (West Supp. 2012).